JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond T. Sanchez, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW SAUL, [1] )<br>Commissioner of Social Security, )<br>)<br>        Defendant. ) | Case No. 1:19-cv-01163-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from February 5, 2020 to March 6, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1]  Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Respectfully submitted,

Dated: February 3, 2020            PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: February 3, 2020            MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:  *\*/s/ Michael Marriott*
Michael Marriott
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on February 3, 2020)


## ORDER

Pursuant to stipulation, and good cause appearing, Plaintiff's request for an extension of time to serve his letter brief is HEREBY GRANTED. Plaintiff shall serve his letter brief on or before March 6, 2020. All other dates in the Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **February 4, 2020**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE