1  JONATHAN O. PENA, ESQ.
   CA Bar ID No. 278044
2  Peña & Bromberg, PLC
   2440 Tulare St., Suite 320
3  Fresno, CA  93721
   Telephone: 559-412-5390
4  Fax: 866-282-6709
5  info@jonathanpena.com
   Attorney for Plaintiff
6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN  DISTRICT OF CALIFORNIA
8

9                                      )     Case No. 1:19-CV-01163
   Raymond T. Sanchez,                 )
10                                     )     STIPULATION AND ORDER FOR
             Plaintiff,                )     EXTENSION OF TIME
11                                     )
         vs.                           )
12                                     )
   ANDREW SAUL,                        )
13 Commissioner of Social Security,    )
                                       )
14                                     )
             Defendant.                )
15

16

17      IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time,

19 from May 11, 2020 to June 10, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S

20 OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended

21 accordingly.

22      This is Plaintiff's second request for an extension of time.  Good cause exists for this

23 request.  The week of 04/12/2020, Plaintiff's Counsel had 17 administrative hearings, 12 hearing

24 preparation appointments with claimants, one reply brief and 2 opening briefs due. The week of

25 04/19/2020, Plaintiff's Counsel had 14 administrative hearings, 11 hearing preparation

26 appointments with claimants, 10 letter briefs, 2 reply briefs, 1 merits brief, 3 opening briefs and 1

27 motion for summary judgement due.   Each of the administrative hearings also requires

28 administrative hearing briefs with a full summary of the medical records and legal arguments.

1

1    Additionally, due to the ongoing pandemic with COVID-19 and the various executive

2  orders throughout Fresno County and now the State of California, along with the recommendations

3  for Social Distancing, Plaintiff's Counsel is operating with very limited staff.    The Office of

4  Hearings Operations is still conducting telephonic hearings.  As it is required to continue the

5  normal day-to-day tasks involved in developing cases and the requirements of the five-day rule

6  related to submission of evidence to the Administrative Law Judge which is imposed under 20

7  CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced

8  level of support.

9    Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant

10  and Court for any inconvenience this may cause.

11                                                        Respectfully submitted,

12

13  Dated: May 7, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW

14

15                                            By: */s/ Jonathan Omar Pena*
                                                  JONATHAN OMAR PENA

16                                                Attorneys for Plaintiff

17

18  Dated: May 11, 2020                   MCGREGOR W. SCOTT
                                           United States Attorney
19                                         DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
20                                         Social Security Administration

21

22                                         By:  */s/ Carol S. Clark*
                                                Carol S. Clark
23                                              Special Assistant United States Attorney
24                                              Attorneys for Defendant
                                                (*As authorized by email on 5/8/2020)
25

26  ///

27  ///

28  ///

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a 30-day extension of time to file his Opening Brief is GRANTED.  Plaintiff shall file his Opening Brief on or before June 10, 2020.  All other dates in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 12, 2020**                    /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

3