JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond T. Sanchez,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:19-CV-01163-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 10, 2020 to July 10, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time, but second request for this task. Plaintiff's Counsel acknowledges that this request is being made late and sincerely apologizes to Defendant and the Court.  Good cause exists for this request.  As with most organizations, COVID-19 has taken a toll on the regular course of business within Counsel's office. As a result of the various executive orders throughout Fresno County and the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited

staff. The Office of Hearings Operations is still conducting telephonic hearings. Despite Counsel's best efforts to ensure a smooth operation these unprecedented times has affected Counsel's office much greater than originally anticipated. Indeed, about two weeks ago, Counsel lost two additional employees, one the result of fears of COVID-19 and our planned reopening, and the other due to an unknown reason.

As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support. Additionally, Counsel requires that his staff self-quarantine when COVID-19 symptoms appear, thus further reducing support necessary to timely and efficiently process the workload.

Additionally, the week of 6/7/2020, Plaintiff's Counsel has 15 administrative hearings, 1 hearing preparation appointment with claimant, 10 Opening briefs, 1 Letter brief, and 3 Reply briefs. The week of 6/14/2020, Plaintiff's Counsel had 21 administrative hearings, 12 hearing preparation appointments with claimant, 12 Opening briefs, and 1 Reply brief. Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 17, 2020        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: June 17, 2020        MCGREGOR W. SCOTT
    United States Attorney

|   |   |
|---|---|
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |

By:  *<u>/s/ Carol S. Clark</u>*
     Carol S. Clark
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on June 17, 2020)

### ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a 30-day extension of time to file his Opening Brief is GRANTED.  Plaintiff shall file his Opening Brief on or before July 10, 2020.  All other dates in the Court's Scheduling Order are modified accordingly.

The Court notes that the parties filed their stipulation on June 17, 2020, after the deadline for Plaintiff's Opening Brief had lapsed. Counsel is reminded of the obligation to seek to obtain a necessary extension from the Court as soon as the need for the extension becomes apparent. Future requests for Court-approved extensions brought on or after the applicable deadline will be looked upon with disfavor. *See* Local Rule 144(d).

This is the parties' second stipulation to extend the time for Plaintiff to file his opening brief. Future requests for extensions will require a demonstrated showing of good cause.  (*See* Doc. No. 5.)  Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:  **June 18, 2020**           /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE