UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND T. SANCHEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANDREW SAUL,<br>    Commissioner of Social Security,<br><br>                    Defendant. | Case No.  1:19-cv-01163-BAM<br><br>ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF<br><br>(Doc. No. 24) |

Currently before the Court is Defendant's motion for an extension of time to file a Responsive Brief in this case. (Doc. No. 24.)  Defendant requests a fourteen-day extension to September 7, 2020, in which to file a Responsive Brief.  Defendant's counsel explains that the extension of time is sought due to medical issues and a challenging workload. The motion states that Defendant's counsel conferred with Plaintiff's counsel, who confirmed that Plaintiff does not oppose the requested extension.  Plaintiff has not filed an opposition to the motion, and the Court finds no prejudice will result from the requested extension of time.

The Court notes that Defendant filed the motion on August 25, 2020, the day after the existing deadline for the Responsive Brief had lapsed on August 24, 2020. (*See* Doc. Nos. 23, 24.) Defendant is cautioned that future requests for extensions brought after the applicable deadline has expired will be denied as untimely. *See* L.R. 144(d).

Additionally, this is Defendant's second motion for an extension of time to file a Responsive Brief. No further extensions or modifications of the Responsive Brief deadline will be granted absent a demonstrated showing of good cause, which will be narrowly construed. Good cause may consist of the inability to comply with court orders in light of the COVID-19

1

pandemic. Any such future difficulties should be explained.

Having considered the motion, the Court finds good cause to grant the requested extension. Accordingly, IT IS HEREBY ORDERED:

1. Defendant's motion for an extension of time to file a Responsive Brief (Doc. No. 24) is GRANTED; and

2. Defendant's Responsive Brief shall be filed and served on or before September 7, 2020. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **August 26, 2020**          /s/ Barbara A. McAuliffe         
                                       UNITED STATES MAGISTRATE JUDGE